IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* SCOTT M. ROSS, M.D., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION NO. |
| v. | )<br>) | 1:11-cv-2413-AT |
| FAMILY DERMATOLOGY OF<br>PENNSYLVANIA, P.C., et. al., | )<br>)<br>)<br>) | |
| Defendants. | )<br>)<br>) | |

## UNITED STATES' AND RELATOR'S JOINT STIPULATION
## FOR DISMISSAL AS TO DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement ("Agreement"), with an Effective Date of April 21, 2015, between the United States of America, acting through the United States Department of Justice and on behalf of the Office of Inspector General (OIG-HHS) of the Department of Health and Human Services (HHS) (collectively, the "United States"); Family Dermatology of Pennsylvania, P.C., Paula Nelson, M.D., Family Dermatology, P.C., Paula Nelson, M.D., d/b/a

1

Nelson Dermatopathology and Pathology Laboratory; Databased, Inc., Yinka Adesokan, Family Dermatology Management, Inc. Family Dermatology Management of North Carolina, LLC, Family Dermatology Staffing of Pennsylvania, Inc., Family Dermatology Management of Pennsylvania, Inc. (f/k/a Family Management of Pennsylvania, Inc.), Family Dermatology of New Jersey, P.C., Family Billing Services, Inc., Adegboyega Adesokan, Adeyemi Adesokan and Relator Scott M. Ross, M.D. ("Relator"), through their authorized representatives; the United States and Relator hereby stipulate, through their undersigned counsel, to the entry of an order in Civil Action No. 1:11-CV-2413-AT (the "Civil Action"), as follows:

  a. dismissing with prejudice as to the Relator's claims against Family Dermatology of Pennsylvania, P.C., et. al. in the Civil Action, pursuant to and consistent with the terms and conditions of the Agreement;
  b. dismissing with prejudice as to the United States' claims against Family Dermatology, P.C., et. al. as to the Covered Conduct, as defined in the Settlement Agreement;
  c. dismissing without prejudice as to the United States as to all other claims;

d. dismissing without prejudice as to the State of Georgia as to all claims against Family Dermatology, P.C., et. al. as the State of Georgia was not a party to the Settlement Agreement;

and

e. reserving jurisdiction with the Court to address any claims arising from a violation of the settlement agreement.

A proposed order is attached for the Court's convenience.

                    Respectfully submitted,

                    JOHN A. HORN
                    ACTING UNITED STATES ATTORNEY

                    <u>/s/ Emily Shingler</u>
                    EMILY SHINGLER
                    Assistant U.S. Attorney
                    Georgia Bar No. 311482
                    600 Richard B. Russell Federal Bldg.
                    75 Spring Street, S.W.
                    Atlanta, Georgia 30303
                    Telephone: (404) 581-6228
                    Facsimile: (404) 581-6181
                    Email: Emily.Shingler@usdoj.gov

                    CHRISTOPHER J. HUBER
                    Assistant U.S. Attorney
                    Georgia Bar No. 545627
                    600 Richard B. Russell Federal Bldg.
                    75 Spring Street, S.W.
                    Atlanta, Georgia 30303
                    Telephone: (404) 581-6292

Facsimile: (404) 581-6181
Email: christopher.huber@usdoj.gov

Counsel for the United States of America


/s/ Marc S. Raspanti
MARC S. RASPANTI, Esq.
Michael A. Morse, Esq.
Pietragallo Golden Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA  19103
Telephone: (215) 988-1427
Email: http://www.Pietragallo.com


/s/ Marlan B. Wilbanks
MARLAN B. WILBANKS
Tyrone M. Bridges
Wilbanks & Bridges, LLP
3414 Peachtree Road, Suite 1075
Atlanta, GA  30326
Telephone:  (404) 842-1075
Email:  mbw@wilbanks-bridgeslaw.com

Attorneys for Plaintiff-Relator

May 11, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the United States' and Relator's Joint Stipulation for Dismissal as to Defendants and Proposed Order, were served by mailing true copies thereof by first class mail, with adequate postage affixed thereto, addressed to:

Marc S. Raspanti, Esq.
Michael A. Morse, Esq.
Pietragallo Golden Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA  19103

Marlan B. Wilbanks
Tyrone M. Bridges
Wilbanks & Bridges, LLP
3414 Peachtree Road, Suite 1075
Atlanta, GA  30326

This 11th day of May 2015.

/s/ Emily Shingler
EMILY SHINGLER
ASSISTANT U.S. ATTORNEY