IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* SCOTT M. ROSS, M.D., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CIVIL ACTION NO. |
| v. | ) <br> ) | 1:11-cv-2413-AT |
| FAMILY DERMATOLOGY OF <br> PENNSYLVANIA, P.C., et. al., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this ____ day of _____, 2015, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1),and in accordance with the terms and conditions of the Settlement Agreement ("Agreement"), with an Effective Date of April 21, 2015, between the United States of America, acting through the United States Department of Justice and on behalf of the Office of Inspector General of the Department of Health and Human Services (collectively, the "United States"); Family Dermatology of Pennsylvania, P.C., Paula Nelson, M.D., Family Dermatology, P.C., Paula Nelson, M.D., d/b/a Nelson Dermatopathology and

Pathology Laboratory; Databased, Inc., Yinka Adesokan, Family Dermatology Management, Inc. Family Dermatology Management of North Carolina, LLC, Family Dermatology Staffing of Pennsylvania, Inc., Family Dermatology Management of Pennsylvania, Inc. (f/k/a Family Management of Pennsylvania, Inc.), Family Dermatology of New Jersey, P.C., Family Billing Services, Inc., Adegboyega Adesokan, Adeyemi Adesokan and Relator Scott M. Ross, M.D. ("Relator"), the United States and Relator filed a Joint Stipulation of Dismissal as to claims against Family Dermatology of Pennsylvania, P.C., et. al. in Civil Action No. 1:11-CV-2413-AT (the "Civil Action").

Upon due consideration of the Joint Stipulation of Dismissal and the papers on file in this action, **IT IS HEREBY ORDERED** this ___ day of _____, 2015 that:

1. the Civil Action shall be:

    a. dismissed with prejudice as to the Relator's claims against Family Dermatology of Pennsylvania, P.C., et. al. in the Civil Action, pursuant to and consistent with the terms and conditions of the Agreement;

    b. dismissed with prejudice as to the United States' claims against Family Dermatology, P.C., Databased, Inc., Paula Nelson, M.D., and Yinka

Adesokan, as to the Covered Conduct, as defined in the Settlement Agreement;

c. dismissed without prejudice as to the United States as to all other claims;

d. dismissed without prejudice as to the State of Georgia as to all claims against Family Dermatology, P.C., Databased, Inc., Paula Nelson, M.D., and Yinka Adesokan. This dismissal without prejudice includes those claims related to the Covered Conduct as the State of Georgia was not a party to the Settlement Agreement.

The Court will reserve jurisdiction to address any claims arising from a violation of the Settlement Agreement.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Emily Shingler
Emily Shingler
Assistant U.S. Attorney